

United States District Court
For the Northern District of California

*E-Filed 12/5/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XCENTRIC VENTURES, LLC, an Arizona Corporation, | No. C 09-80309 MISC JW (RS) |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| ELIZABETH ARDEN, d/b/a COMPLAINTSBOARD.COM, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion to quash, docket no. [1] in the above-referenced case, will be heard before

Magistrate Judge Richard Seeborg on **January 20, 2010, at 9:30 a.m.**, in Courtroom 4, 5th Floor,

United States Courthouse, 280 South First Street, San Jose, California.

Dated:        12/5/09

For the Court,
RICHARD W. WEIKING, Clerk

By:     /s/ Martha Parker Brown
              Courtroom Deputy Clerk