1    Joseph J. Tabacco, Jr. (75484)
     jtabacco@bermanesq.com
2    Christopher T. Heffelfinger (118058)
     cheffelfinger@bermanesq.com
3    **BERMAN DeVALERIO**
     425 California Street, Suite 2100
4    San Francisco, CA 94104
     Telephone: (415) 433-3200
5    Facsimile: (415) 433-6382

6    *Attorneys for Sarah Endzweig*

7

8            **UNITED STATES DISTRICT COURT**

           **NORTHERN DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| SARAH ENDZWEIG, | Case No. C-09-0111-JCS |
|             Plaintiff, | **[PROPOSED] ORDER RELATING CASES** |
|    v. | |
| WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC., | |
|             Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C-09-0111-JCS] [PROPOSED] ORDER RELATING CASES

On January 12, 2009, Plaintiff Sarah Endzweig filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.   The time for filing an opposition or statement of support has passed.   The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion.

IT IS SO ORDERED that *Endzweig v. Walmart.com USA LLC, et al.*, Case No. CV-09-0111-JCS, filed January 9, 2009, is related to the following cases:

| | CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|---|
| 1. | *Resnick, et al. v. Walmart.com USA LLC, et al.* *("Resnick")* | CV-09-0002-PJH | January 2, 2009 |
| 2. | *O'Connor v. Walmart.com USA LLC, et al.* *("O'Connor")* | CV-09-0096-MEJ | January 9, 2009 |
| 3. | *Schmitz v. Walmart.com USA LLC, et al.* *("Schmitz")* | CV-09-0116-EMC | January 9, 2009 |
| 4. | *Lynch v. Walmart.com USA LLC, et al.* *("Lynch")* | CV-09-00138-BZ | January 12, 2009 |

Dated: _____

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE