| | |
|---|---|
| 1 | NEAL MANNE, State Bar No. 94101 (Cal.) |
| | SUSMAN GODFREY L.L.P. |
| 2 | 1000 Louisiana Street, Suite 5100 |
| | Houston, Texas 77002 |
| 3 | Tel: (713) 651-9366 |
| | Fax: (713) 654-6666 |
| 4 | Email: nmanne@susmangodfrey.com |
| 5 | |
| | *Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.* |
| 6 | |
| | JONATHAN M. JACOBSON State Bar No. 1350495 (N.Y.) |
| 7 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 8 | 1301 Avenue of the Americas |
| | 40th Floor |
| 9 | New York, NY 10019 |
| | Tel.: (212) 999-5800 |
| 10 | Fax: (212) 999-5899 |
| | jjacobson@wsgr.com |
| 11 | |
| | *Attorneys for Defendant Netflix, Inc.* |
| 12 | |

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | SARAH ENDZWEIG, on behalf of herself and others similarly situated | ) ) Civil Action No. CV 09 0111 (JCS) |
| 18 | | ) |
| 19 | Plaintiff, | ) ) |
| 20 | v. | ) ) |
| 21 | WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC., | ) ) |
| 22 | Defendants. | ) ) |
| 23 | | ) ) |
| 24 | _____ | ) ) |

Pursuant to Local Civil Rule 6-1, Defendants Wal-Mart Stores, Inc., Walmart.com USA LLC, and Netflix, Inc. ("Defendants") and Plaintiff Sarah Endzweig, ("Plaintiff"), hereby stipulate:

STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND                    -1-                    Civil Action No. CV 09 0111 (JCS)
900918v1/011148

WHEREAS, on or about January 9, 2009, Plaintiff filed the complaint in this action, which alleges violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 & 2;

WHEREAS, Plaintiff styled the action as a putative class action;

WHEREAS, as of the date of this stipulation, several other plaintiffs have filed complaints in this District, including:

a. No. CV 09-0002 (PJH), *Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky And Kevin Simpson, on behalf of himself and others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

b. No. CV 09-0111 (PJH), *Sarah Endzweig v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

c. No. CV 09-0116 (PJH), *Christopher P. Schmitz, on behalf of himself and all others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc., and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

d. No. CV 09-00138 (PJH), *Scott Lynch, Sisto Abeyta, Allison Hancock, and Bryan Eastman, on behalf of themselves and others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

e. No. CV 09-00139 (PJH), *Jonathan Groce and Susan Horowitz on behalf of themselves and those similarly situated v. Netflix, Inc. Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California

f. No. CV 09-00156 (PJH), *Liza Sivek, on behalf of herself and all others similarly situated v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc;* pending in the United States District Court for the Northern District of California

g. No. CV 09-0180 (PJH), *Armond Faris, on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

h. No. CV 09-00236 (PJH), *Katherine Anthony, on behalf of herself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

i. No. CV 09-0244 (PJH), *Melanie Polk-Stamps, on behalf of herself and*

*others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

j. No. CV 09-00274 (JL), *Richard Sheeler, Jr.*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

k. No. CV 09-00294 (PJH), *Cathleen Chapman*, *on behalf of herself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

l. No. CV 09-00398 (BZ), *Michael Weiner*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

m. No. CV 09-00402 (JL), *Margarita Lacabe*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

n. No. CV 09-00225 (PJH), *Suzanne Slobodin*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

o. No. CV 09-00297 (PJH), *Michael Orozco*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

p. No. CV 09-00340 (MEJ), *Linda Landels and Antonia Landels*, *on behalf of themselves and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

q. No. CV 09-00349 (EMC), *Sarah E. Grime*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

r. No. CV 09-00361 (BZ), *Douglas Meyer*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

s. No. CV 09-00368 (EMC), *Laura Randall*, *on behalf of herself and all*

t.  No. CV 09-00378 (MEJ), *Argyre S. Patras*, *an individual, on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

*others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

u.  No. CV 09-00377 (EDL), *Melanie Miscioscia*, *on behalf of herself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

v.  No. CV 09-00375 (EDL), *Frank Hirsch*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

w.  No. CV 09-00400 (EDL), *Amos Kober*, *on behalf of himself and others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

x.  No. CV 09-00391 (MEJ), *James Chatelain*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

y.  No. CV 09-00399 (JCS), *Tobias L. Millrood*, *on behalf of himself and all others similarly situated v. Netflix, Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

WHEREAS, each of these complaints alleges federal antitrust actions as against Defendants, and are styled as putative class actions;

WHEREAS, Defendants have not yet been served with all of the complaints on file in this district;

WHEREAS, in light of the multiple complaints on file, the potential for additional complaints in this and other various jurisdictions, and the complex nature of Plaintiff's allegations, Plaintiff and Defendants have agreed that Defendants' time to answer or otherwise respond to this complaint would be extended to 30 days after such time as a consolidated complaint is filed, without prejudice to any party's right to seek additional enlargements of time as necessary;

WHEREAS, this stipulation shall not be taken as a waiver of any defenses that Defendants may have to Plaintiff's Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure or otherwise;

WHEREAS, Defendants have not previously sought or received any enlargements of time to answer or otherwise respond to Plaintiff's Complaint.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective attorneys of record, stipulate that Defendants shall have from 30 days of the service of a consolidated class action complaint to answer or otherwise respond.

Dated: February 2, 2009

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: /s/Stephen E. Morrissey
    Neal S. Manne
    Richard W. Hess
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    Stephen E. Morrissey
    Kathryn P. Hoek
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Jonathan M. Jacobson (with permission)

    Jonathan M. Jacobson
    Sara Ciarelli Walsh
    1301 Avenue of the Americas
    40th Floor
    New York, NY 10019

Tel: (212) 999-5800
Fax: (212) 999-5899

Scott A. Sher
5th Floor
1700 K Street, NW
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

*Attorneys for Defendant Netflix, Inc.*

Stipulated and agreed this 2d day of February, 2009

By: /s/ Todd Seaver
Joseph J. Tabacco Jr.
jtabacco@bermanesq.com
Christopher T. Heffelfinger
cheffelfinger@bemanesq.com
BERMAN DeVALARIO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Attorneys for Plaintiff Sarah Endzweig

---

STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND -6- Civil Action No. CV 09 0111 (JCS)

900918v1/011148

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record this 2d day of February, 2009, via the Court's ECF service as indicated below:

| **Plaintiffs Counsel** | **Co-Defendant NetFlix Counsel**: |
|---|---|
| Joseph J. Tabacco, Jr.<br>jtabacco@bermanesq.com<br>Christopher T. Heffelfinger<br>cheffelfinger@bermanesq.com<br>**Berman DeValerio**<br>425 California Street, Suite 2100<br>Tel: (415) 433-3200<br>Fax: (415) 433-6382 | Jonathan M. Jacobson<br>jjacobson@wsgr.com<br>Sara C. Walsh<br>sciarelli@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br><br>Scott A. Sher<br>ssher@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>5th Floor<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 973-8800<br>Fax: (202) 973-8899 |

/s/Stephen E. Morrissey
Stephen E. Morrissey