IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Xcentric Ventures, LLC, | NO. C 09-80309 MISC JW |
|  | NO. C 10-80076 MISC HRL |
| Plaintiff, | |
| v. | **ORDER DENYING RELATION OF CASES** |
| Elizabeth Arden, d/b/a Complaintsboard.com, et al., | |
| Defendants. | |

Presently before the Court is an Order from Magistrate Judge Lloyd to determine whether Xcentric Ventures, LLC v. Arden, No. C 10-80076 MISC JF ("Second Case"), is related to Xcentric Ventures, LLC v. Arden, Case No. C 09-80309 MISC JW ("First Case"). (See Second Case, Docket Item No. 4.) Both cases involve motions to quash a subpeona relating to an Arizona District Court case. (See First Case, Docket Item No. 1; Second Case, Docket Item No. 1.) On April 16, 2010, the parties filed a Stipulation that withdraws the motion to quash in each case.[1] Since the parties' Stipulation effectively renders the miscellaneous actions moot, the Court finds the relation of the cases to be unnecessary.

Dated: May 3, 2010

JAMES WARE
United States District Judge

---

[1] (Stipulation RE: Form of Protective Order at 2, hereafter, "Stipulation," Second Case, Docket Item No. 5; First Case, Docket Item No. 15.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Scott Gingras   David.Gingras@webmail.azbar.org
Erik Swen Syverson   eriksyverson@gmail.com

**Dated: May 3, 2010**                                   **Richard W. Wieking, Clerk**

                                                         **By:      /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy**